IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| RUBEN VASQUEZ, § | |
|     Petitioner, § | |
| § | |
| VS. § | Civil Action No. 4:14-CV-077-O |
| § | |
| DEE ANDERSON, Sheriff, § | |
| Tarrant County, Texas, § | |
|     Respondent. § | |

## OPINION AND ORDER

Before the Court is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 filed by Petitioner, Ruben Vasquez, a state prisoner who was confined in the Tarrant County jail when this petition was filed, against Dee Anderson, Sheriff of Tarrant County, Texas, Respondent. The prior referral to the Magistrate Judge is withdrawn. After considering the pleadings and relief sought by Petitioner, the Court has concluded that the petition should be dismissed as moot.

## I. BACKGROUND

Petitioner was serving a one-year sentence for his conviction for theft of property in the 371st District Court of Tarrant County, Texas. Resp't's Reply Ex. A, ECF No. 12. By this action, Petitioner seeks time credit toward his sentence for the periods of October 16, 2013 to October 18, 2013, and December 12, 2013, to December 18, 2013. Pet. 5-7, ECF No. 1. Telephonic communication with the Tarrant County Sheriff's Office on April 22, 2014, confirms that Petitioner was released from the Tarrant County jail on April 19, 2014, with time served. Petitioner has not notified the Court of his new address.

## II. DISCUSSION

Petitioner's completion of his one-year sentence and release from custody has rendered his habeas petition moot.  *Bailey v. Southerland*, 821 F.2d 277, 278-79 (5th Cir. 1987).  Because this Court can no longer provide him with the relief he seeks, dismissal of the petition is appropriate.  *McRae v. Hogan*, 576 F.2d 615, 616-17 (5th Cir. 1978).

## III. CONCLUSION

For the reasons discussed herein, the petition of petitioner for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DISMISSED** as moot.  Further, pursuant to 28 U.S.C. § 2253(c), for the reasons discussed herein, a certificate of appealability is denied.

**SO ORDERED** on this 25th day of **April, 2014.**

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE

2